## Commonwealth v. Wood, Appellant.

Submitted December 11, 1967. *Jerry H. Wood,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Flood Appeal.

Argued December 15, 1967. *Robert P. Shoemaker,* for appellant; *George S. Black,* for appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Glinske v. Shumsky et al., Appellants.

Argued December 14, 1967. *Martin Heller,* for appellants; *Joseph B. Meranze,* with him *Meranze, Katz, Spear & Bielitsky,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.